

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| HOWARD DIETZ CROWE, JR., ) | Civil Action No. 7:14-cv-00195 |
|     Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CONMED MEDICAL, <u>et al.</u>, ) | By:   Hon. Jackson L. Kiser |
|     Defendants. ) |        Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the Complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This 1st day of May, 2014.

                                                    Senior United States District Judge